STATE OF CONNECTICUT *v.* KENNETH BARDLIVING

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 238 (AC 27799), is denied.

*Michael Zariphes,* special public defender, in support of the petition.

*Lawrence J. Tytla,* supervisory assistant state's attorney, in opposition.

Decided September 16, 2008

STATE OF CONNECTICUT *v.* FRITZGERALD DIEUDONNE

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 375 (AC 27960), is denied.

*Joseph Visone,* special public defender, in support of the petition.

*Paul J. Ferencek,* senior assistant state's attorney, in opposition.

Decided September 16, 2008

STATE OF CONNECTICUT *v.* DAVID M.

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 172 (AC 28051), is denied.

*Katherine C. Essington,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided September 16, 2008